

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| James H. Davis d/b/a JD Minerals, Walter Allison Baen, Santos J. Dominguez and Dixie L. Hester, | § | No. 08-20-00205-CV |
| | § | Appeal from the |
| Appellants, | § | 112th District Court |
| v. | § | of Upton County, Texas |
| COG Operating, LLC, Neal Brusenhan Properties, LP, Neal Brusenhan | § | (TC# 18-04-U4615-OTH) |
| Management, LLC as General Partner of Neal Brusenhan Properties, LP, Robert L. | § | |
| Neal as Trustee of the Neal Robert L. Management Trust and Jessie Frances | § | |
| Neal, | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

Pending before the Court is the Appellants' unopposed motion to direct the district clerk to send original documents to the Court of Appeals. The motion is GRANTED. Therefore, the Court ORDERS the district clerk to forward the original Exhibits 32 through 43 inclusive, marked "confidential" and filed "under seal," attached to Plaintiffs' Traditional Motion for Summary Judgment filed on October 28, 2019. The original exhibits are due with this Court on or before November 13, 2020. The Court will return the original exhibits to the District Clerk of Upton

1

County, Texas, after final disposition of this appeal.  The Court will keep these files under seal pending review of this appeal.

IT IS SO ORDERED this 3rd day of November, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.